FILED
 2014 Jan-06 PM 02:44
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARM CREDIT OF NORTHWEST, FLORIDA, ACA, *A Federal Chartered Association under The Farm Credit Act of 1971* | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:11-cv-03495-TMP |
| ROBERT E. STRICKLAND, JEFFREY R. AYCOCK, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on December 5, 2013,[1] recommending that the motion for default judgment against defendant Jeffrey R. Aycock be granted, and that default judgment be entered in the amount of $74,061.00, plus interest accruing post judgment and the costs of the action.  A copy of the report and recommendation was mailed to the defendant that day.  To date, no party has filed objections to the report and recommendation.[2]

Having now carefully reviewed and considered *de novo* the report and recommendation, as well as all other materials in the court file, the court hereby ADOPTS the report and ACCEPTS the recommendation of the magistrate judge, as modified herein.  The court notes that

---

[1] Doc. 25.

[2] Defendant Aycock's copy of the magistrate judge's report and recommendation was returned as undeliverable on December 17, 2013.  No other correspondence directed to defendant Aycock has been returned as undeliverable, and this court has determined that defendant Aycock was properly served process.  (Doc. 23).

the report and recommendation calculated the judgment amount of $74,061.00, based on interest accruing daily in the amount of $7.49, per day through December 19, 2013.  As of the date of this Memorandum Opinion and Final Judgment, eighteen additional days have passed since December 19, 2013, for an additional accrued interest in the amount of $134.82.  This additional interest is to be added to the $74,061.00, recommended by the magistrate judge, so that the full final default judgment to be entered by separate judgment is the amount of seventy four thousand one hundred ninety five dollars and 82/100 ($74,195.82).  Accordingly, by separate order, the court will enter Final Judgment in favor of plaintiff and against defendant Jeffrey R. Aycock in the amount of seventy four thousand one hundred ninety five dollars and 82/100 ($74,195.82), plus interest accruing hereafter and the costs of the action.

      DONE this 6th day of January, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE